UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS MAURICIO AREVALO-MONTANA,

Petitioner,

v.

LAURA HERMOSILLO, *et al.*,

Respondents.

Case No. C26-682-RSM

ORDER DENYING JOINT MOTION TO EXPEDITE BRIEFING SCHEDULE

This matter comes before the Court on the parties' Joint Motion to Expedite Briefing Schedule. Dkt. #5.

As both parties note, district courts are experiencing a massive increase in immigration habeas filings. In response to this increase, this District issued General Order 10-25, which creates an expedited briefing schedule for these cases. *See In Re: Immigration Habeas Petitions Under 28 U.S.C. § 2241* (W.D. Wash. Dec. 18, 2025) (Estudillo, C.J.). Rather than assignment to a Magistrate Judge to issue a report and recommendation with subsequent objection filings, immigration habeas filings now can be initially assigned to a District Judge, and responses by the Government are due within 14 days. *Id.*

Petitioner filed his habeas petition on February 26, 2026. Dkt. #1. Per General Order 10-25, the Government 's response is due by March 13, 2026, with Petitioner's reply due March 18, 2026. Dkt. #4.

ORDER DENYING JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE - 1

Here, Petitioner moves for "further acceleration," requesting that the Government's response instead be due March 9, 2026, with his reply due March 11, 2026. Dkt. #5 at 9. Petitioner argues that "the 14-day period is not necessary" because "all the facts needed" have been provided and "this type of case has been ruled on many times over." *Id*. at 3-8. The Government contends that "Petitioner's belief that this matter is similar to another case in which the Court granted habeas relief" is not good cause to further expedite the "already expedited" schedule, and this "would prejudice Respondents and impair preparation of the thorough responses essential to the Court's fair adjudication." *Id*. at 9-10.

Given all of the above, the Court finds that Petitioner has failed to demonstrate good cause to further expedite the briefing schedule. *See* LCR 16(b)(6); 28 U.S.C. § 2243. The Court recognizes the importance of "the prompt adjudication of § 2241 immigration habeas petitions[,]" hence creating the current expedited briefing schedule for these cases. General Order 10-25. Without any specific changes, reasons, or facts pertaining to Petitioner's particular situation, the Court finds that Petitioner has not shown a further expedited schedule is warranted here. Accordingly, the Court will deny Petitioner's request.

Having reviewed the instant Motion and the remainder of the record, the Court hereby finds and ORDERS that Petitioner's Joint Motion to Expedite Briefing Schedule, Dkt. #5, is DENIED.

DATED this __6th__ day of March, 2026.

Ricardo S. Martinez
United States District Judge

ORDER DENYING JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE - 2